# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Citadel Watford City Disposal Partners, L.P., *et al.*,[1] | Case No. 15-11323 (KJC) |
| Debtor. | |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | |
| Plaintiff, | Adv. Pro. No. 16-51553 (KJC) |
| v. | |
| Lund Oil Inc., | |
| Defendant. | |

## STATUS REPORT IN ADVERSARY PROCEEDING

| Status | Description | Expected Date of Completion of Discovery |
|---|---|---|
| F | Service is complete and an answer has been filed. The parties have agreed to mediate. | November 27, 2017 |

[*REMAINDER OF PAGE LEFT INTENTIONALLY BLANK*]

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Watford City Disposal Partners, LP (1520). The mailing address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 RPT A0482811.DOCX}

|  |  |
|---|---|
| Dated:  August 28, 2017 | **SHAW FISHMAN GLANTZ & TOWBIN LLC** |

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Avenue, Suite 1370
Wilmington, Delaware 19801
Telephone:  (302) 691-3774
E-mail:  thoran@shawfishman.com
E-mail:  jdarby@shawfishman.com

-and-

Allen J. Guon
Allison Hudson
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Telephone: (312) 541-0151
E-mail: aguon@shawfishman.com
Email:  ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC, Liquidation Trustee*