# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | : | Case No. 15-11323 (KJC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : : : : : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No. 16-51553 (KJC) |
| | : | |
| Lund Oil Inc., | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al. (the "Liquidation Trustee"), and Lund Oil Inc. ("Lund Oil"), through their respective undersigned counsel, hereby stipulate to dismiss the above-captioned adversary proceeding (the "Adversary Proceeding") with prejudice against Lund Oil pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this Adversary Proceeding by Fed. R. Bankr. P. 7041, each party to bear its own costs.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 ORD A0494899.DOCX}

| | |
|---|---|
| Dated: January 5, 2018 | Dated: January 5, 2018 |
| **SHAW FISHMAN GLANTZ & TOWBIN LLC** | **FOX ROTHSCHILD LLP** |
| /s/ Johnna M. Darby | /s/ Carl D. Neff |
| Thomas M. Horan (DE Bar No. 4641) | Carl D. Neff (DE Bar No. 4895) |
| Johnna M. Darby (DE Bar No. 5153) | L. John Bird (DE Bar No. 5310) |
| 300 Delaware Ave., Suite 1370 | 919 N. Market Street, Suite 300 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 691-3774 | Telephone: (302) 622-4272 |
| E-mail: thoran@shawfishman.com | Email: cneff@foxrothschild.com |
| E-mail: jdarby@shawfishman.com | Email: jbird@foxrothschild.com |
| -and- | *Counsel to Lund Oil Inc.* |
| Allen J. Guon | |
| Allison Hudson | |
| 321 N. Clark St., Suite 800 | |
| Chicago, IL 60654 | |
| Telephone: (312) 541-0151 | |
| E-mail: aguon@shawfishman.com | |
| E-mail: ahudson@shawfishman.com | |
| *Counsel to Gavin/Solmonese LLC, Liquidation Trustee* | |